UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VOLODYMYR LOGVINOV, et al.,   No. C-11-04772 DMR

    Plaintiffs,   **JUDGMENT**

  v.

WELLS FARGO BANK, et al.,

    Defendants.
_____/

This matter having been fully considered, and the issues having been fully decided, and the court having granted Defendant's motion to dismiss,

It is Ordered and Adjudged that Plaintiffs take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: January 24, 2012

_____
DONNA M. RYU
United States Magistrate Judge